UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICARDO LEBRON,**

      **Plaintiff,**

v.                                          **Case No:  6:16-cv-1808-Orl-41GJK**

**RAMCO PURVEYOR LLC and
RAJENDRA RAMKHELAWAN,**

      **Defendants.**

                                            /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice. **However, any underlying settlement agreements are legally unenforceable.** *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982). The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2017.



Copies furnished to:

Counsel of Record
Unrepresented Parties